644 A.2d 611

JESSICA STIGLIANO, ETC., ET AL., v. CONNAUAGHT LABORATORIES, INC., ET AL.

May 26, 1994.

ORDER

Prior report: 270 N.J.Super. 373, 637 A.2d 223.

Leave to appeal is granted.

644 A.2d 611

PAULA WITCHER v. NEW LISBON DEVELOPMENT CENTER.

May 26, 1994.

ORDER

Leave to appeal is granted, and the decision of the Appellate Division is summarily modified to the extent that the remand ordered shall be to the Merit System Board rather than to the Office of Administrative Law.